UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/25

_____USA_____,
                    Plaintiff(s),

**CALENDAR NOTICE**

24 cr 647-2(VB)

v.

_____M. Joseph_____,
                    Defendant(s).
------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/ ~~re-scheduled~~ for:

**X** Bail Hearing ~~Status conference~~     ___ Final pretrial conference

___ Telephone conference     ___ Jury selection and trial

___ Pre-motion conference     ___ Bench trial

___ Settlement conference     ___ Suppression hearing

___ Oral argument     ___ Plea hearing

___ Bench ruling on motion     ___ Sentencing

on __6-25-__, 20_25_, at __12:00 pm__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. ~~Adjourned from _____.~~

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __6-18-__, 20_25_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge