```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :      ORDER
v.                                :
                                  :      S1 24 CR 647 (VB)
ALMON JOSEPH, et. al.,            :
                    Defendants.   :
-----------------------------------------------------x
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/25
```

      **Due to a scheduling conflict for the Court, the conference now scheduled for September 16, 2025, at 11:30 a.m., is rescheduled to 12:30 p.m. on that same day.**

Dated: July 25, 2025
       White Plains, NY

                                                  SO ORDERED:

                                                  _____
                                                  Vincent L. Briccetti
                                                  United States District Judge