# JAMES E. NEUMAN

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

---

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

Application Granted.
SO ORDERED:

*/s/ Vincent Briccetti*

11-5-25

November 5, 2025

Hon. Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-25

      Re: *United States v Joseph,* 24 Cr. 647 (VB)

Your Honor:

      I represent Moises Joseph in the referenced case and am submitting this letter to ask that my client be permitted to travel to Florida on November 13, 2025, so that he can attend his father's wake and funeral. Earlier today, this Court granted a similar request, permitting Mr. Joseph's brother, Almon Joseph, to travel for those purposes.

      On February 13, 2025, Moises Joseph was arrested and released, principally on the condition of a curfew. As this Court is now aware, Mr. Joseph's biological father died on October 17, 2025. A wake will be held in Orlando, Florida on November 14, 2025, and the funeral is scheduled for the following day. As with his brother, Mr. Joseph would like to travel to Orlando on November 13th and return to New York on November 17th.

      Pretrial Officer Francesca Piperato informs me that Pretrial consents to this application, provided that travel details be provided in advance. Officer Piperato also notes that, due to the technology being used to monitor Moises, his curfew would be suspended during the trip (whereas his brother's monitoring – which apparently uses different technology – would continue). Aside from this difference, the conditions of travel would be the same for both.

      I have conferred with AUSA Katheryn Wheelock and she informs me that the government consents to this application.

      For all these reasons, I ask that Mr. Joseph be permitted to travel to and from Orlando, Florida, so that he can attend the wake and funeral for his father.

      Very truly yours,

*James Neuman*
James E. Neuman