UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOISES JOSEPH,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>: | **ORDER**<br><br>24 CR 647-2 (VB) |

Defendant Moises Joseph's request to postpone his direct surrender date is GRANTED. Accordingly, defendant shall surrender for service of his sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on **August 20, 2026**. All existing conditions of release continue to apply.

Defendant's request that his electronic monitoring device be removed on August 17, 2026, is GRANTED. The curfew condition shall also be removed as of August 17, 2026.

Defense counsel shall be responsible for notifying Probation and Pretrial Services and any other appropriate party of this order.

Dated: July 14, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge